
**RECEIVED FEB 25 2026 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:26-cr-007 |
| v. | INDICTMENT |
| LEVI SCOTT BLUM, | T. 21 U.S.C. § 841(a)(1) |
| | T. 21 U.S.C. § 841(b)(1)(A) |
| Defendant. | T. 21 U.S.C. § 841(b)(1)(B) |
| | T. 21 U.S.C. § 846 |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Conspiracy to Distribute a Controlled Substance)**

From a date unknown, but by at least December 1, 2024, and continuing until January 6, 2025, in the Southern District of Iowa and elsewhere, the defendant, LEVI SCOTT BLUM, conspired, with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely: 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
### (Possession with Intent to Distribute a Controlled Substance)

On or about January 6, 2025, in the Southern District of Iowa, the defendant, LEVI SCOTT BLUM, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: 5 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

A TRUE BILL.

_____
FOREPERSON

David C. Waterman
United States Attorney

By: _____
Shelly Sudmann
Assistant United States Attorney